IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WES HALL,** *et al.* **PLAINTIFFS**

**VS.**  5:12-CV-00149-BRW

**ALLSTATE INSURANCE COMPANY** **DEFENDANT**

## ORDER

Pending is Plaintiff's unopposed Motion to Dismiss (Doc. No. 21) under Federal Rule of Civil Procedure 41(a)(2). The Motion is GRANTED and the case is DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of July, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE